IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-00024-CMA-BNB

DAVID SUDDUTH,

      Plaintiff,

v.

GREENPOINT MORTGAGE FUNDING LLC, and
All persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the Complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto, and
DOES 1-20, inclusive,

      Defendants.

## ORDER DENYING MOTION TO STAY

This matter is before the Court pursuant to the Court's May 16, 2013 Order to Show Cause (Doc. # 8), as well as Plaintiff David Sudduth's May 20, 2013 Notice of Stay (Doc. # 9). On May 16, 2013, the Court ordered Plaintiff to "show cause in writing on or before 05/30/2013 as to why this case should not be dismissed for failure to prosecute." (Doc. # 8.) Plaintiff failed to show cause but, instead, filed a Notice of Stay in which he requests the Court to stay all actions and decisions in this case, retroactive to January 4, 2013 (the date on which he filed this case), pursuant to Colo. R. Civ. P. 62. Plaintiff provides no authority or coherent argument to explain why the Court should stay proceedings in this case. Nor does he, as previously mentioned, offer any reason as to why this case should not be dismissed for failure to prosecute. Because Plaintiff's

Notice of Stay was filed after the Court issued its Order to Show Cause, the Court will extend the deadline for Plaintiff to comply with the Court's May 16, 2013 Order. As such, it is

    ORDERED that Plaintiff's Notice of Stay (Doc. # 9) is DENIED. It is

    FURTHER ORDERED that, unless Plaintiff shows cause in writing <u>by June 10, 2013</u>, as to why this case should not be dismissed for failure to prosecute, the Court will dismiss this action without further notice to Plaintiff.

    DATED: June __03__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge